IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                                      CASE NO.: 17-01032-EAG

ALMARIS SERRANO COLON,            CHAPTER 7

    Debtor.
_____/

## TRUSTEE'S MOTION REQUESTING EXTENSION OF TIME TO REQUEST REVOCATION OF DEBTOR'S DISCHARGE UNDER 11 U.S.C. §727 (d) and (e)

**TO THE HONORABLE COURT:**

The TRUSTEE, NOREEN WISCOVITCH RENTAS, moves the Court for an Order extending the deadline to request the revocation of the Debtor's Discharge by One Hundred and Eighty Days (180) days or until June 26, 2021, in support, states:

1. The Debtor filed a Voluntary Bankruptcy Petition under the Chapter 13 of the Bankruptcy Code on February 17, 2017. Later, on September 17, 2019, this case was converted to a Chapter 7 case. The undersigned was appointed Chapter 7 Trustee on September 19, 2019. See Dkt. Nos. 89, 93 and 96.

2. The initial meeting of creditor was set for October 17, 2019, at 8:30am, and was continue as follows: October 29, 2019, at 8:30am; and November 14, 2019, at 1:30pm at which time the Meeting was concluded. See Dkt. Nos. 102, 107, and 108.

3. The Debtor listed in Bankruptcy Schedule B a Lawsuit against the Department of Homeland Security for $6,000,000.00. The Debtor claimed exempt the amount of $12,924.38 under 11 U.S.C. §522(d)(5) in Schedule C. See Dkt No. 1, page 25 of

46. The Trustee did not object, nor does she have any objection to said amount claimed exempt.

4. On January 10, 2020, the Trustee filed an application to retain the law firm ELITE JURIS LAW OFFICE represented by attorney Elizabet Garcia, whom at the moment was also representing Debtor on the District Court Lawsuit against Homeland Security, to also represent the Bankruptcy Estate of Almaris Serrano Colon. The Orden approving her employment as Special Counsel for the Bankruptcy Estate was entered on January 31, 2020. See Dockets 117 & 118.

5. The Debtor received her Discharge on December 27, 2019. See Dkt. No. 115.

6. In 2020, the Debtor has engaged in filing multiple pleadings with this Court and the District Court, which clearly have the intention to interfere with the Bankruptcy Estate's administration of the Cause of Action pending in the District Court. These pleadings are in this Bankruptcy Court as follows Dkt. Nos. 120 and 125 (Motions to Compel Abandonment filed by Debtor's Former Counsel and the Debtor pro se) and Dkt. Nos. 125 Debtor's Pro se Motion for Reconsideration of Order Denying the Motion to Compel Abandonment and Dkt. Nos. 140 (Motion for Voluntary Dismissal) and Dkt. No. 149 (Debtor's Reply to Response in Opposition).

7. On December 21, 2020, but docketed on December 23, 2020, the Debtor filed a Motion for Leave to Appeal, and a Notice of Appeal. Dkt. Nos. 154 and 155. From the Orders denying Debtor's Motions listed in the previous paragraph.

8. The Trustee seeks a 180 days extension of time to request the revocation of Debtor's Discharge to and including June 26, 2021. The Debtor's contumacious behavior in this Court and in the District Court to interfere with the Trustee's administration of this

2

Bankruptcy Estate. Post-Conversion, the Debtor has interfered and continues to interfere with the cause of action by filing pro-se pleadings in the District Court, when it has been clearly established that her interest in the case is limited to the exempted amount stated above. She is fails to cooperate with the Trustee in accepting a reasonable settlement offer from the Defendant and which would had ultimately benefitted the Debtor and make this case a surplus case of which she would had also substantially benefitted.

WHEREFORE, Noreen Wiscovitch-Rentas, Chapter 7 Trustee, respectfully requests the Court to enter an Order extending the time to request the revocation of the Debtor's Discharge entered on December 27, 2019, to and including March 26, 2021, and for any further relief this Court deems just and proper under the circumstances of this case.

## NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional 3 days pursuant to F.R.B.P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may, in its discretion, schedule a hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed

3

by U.S. First class mail this 24th day of December, 2020, to Debtor, Almaris Serrano Colon, P.O. Box 873, Santa Isabel, PR 00757 and to all parties on the attached list.

/s Noreen Wiscovitch-Rentas
NOREEN WISCOVITCH RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
E-mail: noreen@nwr-law.com

4

```
Label Matrix for local noticing        ECMC                                    (p)JEFFERSON CAPITAL SYSTEMS LLC
0104-2                                 PO BOX 16408                            PO BOX 7999
Case 17-01032-EAG7                     ST PAUL, MN 55116-0408                  SAINT CLOUD MN 56302-7999
District of Puerto Rico
Ponce
Thu Dec 24 11:20:40 AST 2020

RUSHMORE LOAN MANAGEMENT SERVICES AS SERVICE    RUSHMORE LOAN MANAGEMENT SERVICES LLC    U.S. Department of Education C/O Nelnet
MARTINEZ & TORRES LAW OFFICES, P.S.C.           C/O MARTINEZ & TORRES LAW OFFICES PSC    121 South 13th Street, Suite 201
P.O. BOX 192938                                 PO BOX 192938                            Lincoln, NE 68508-1911
SAN JUAN, PR 00919-3409                         SAN JUAN, PR 00919-3409

UNITED STATES TRUSTEE                  US Bankruptcy Court District of PR      AES
500 TANCA ST STE 301                   Jose V Toledo Fed Bldg & US Courthouse  PO BOX 61047
SAN JUAN, PR 00901-1922                300 Recinto Sur Street, Room 109        HARRISBURG, PA 17106-1047
                                       San Juan, PR 00901-1964

ALMARIS SERRANO COLON                  CLARO                                   JUAN C BIGAS
COND ESTANCIAS DEL ORIOL               PO BOX 70366                            PO BOX 7011
1010 CALLE JULIA DE BURGOS             SAN JUAN, PR 00936-8366                 PONCE PR 00732-7011
PONCE, PR 00728-3641

NELNET                                 ORIENTAL BANK & TRUST                   PHEAA
PO BOX 82561                           PO BOX 195115                           PO Box 8147
LINCOLN, NE 68501-2561                 SAN JUAN, PR  00919-5115                Harrisburg, PA 17105-8147

RUSHMORE LOAN MANAGEMENT               Rushmore Loan Management Services as    ALMARIS SERRANO COLON
15480 LAGUNA CANYON RD STE 100         service Agent Of Roosevelt Cayman Asset COND ESTANCIAS DEL ORIOL
IRVINE, CA 92618-2132                  Company 11 Martinez & Torres Law Offices 1010 CALLE JULIA DE BURGOS
                                       P.S.C PO. BOX 192938 SAN JUAN, PR       APT 309 EDIF 5
                                       00919-2938                              PONCE, PR 00728

MONSITA LECAROZ ARRIBAS                NOREEN WISCOVITCH RENTAS
OFFICE OF THE US TRUSTEE (UST)         PMB 136
OCHOA BUILDING                         400 CALAF STREET
500 TANCA STREET  SUITE 301            SAN JUAN, PR 00918-1313
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Jefferson Capital Systems LLC          (d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999                            PO Box 7999
St Cloud, MN 56302-9617                St Cloud MN 56302
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.