IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ALMARIS SERRANO COLON<br><br>xx-xx-8337<br><br>Debtor(s) | CASE NO. 17-01032-EAG<br>Chapter 7<br><br><br><br>FILED & ENTERED ON JAN/21/2021 |

ORDER GRANTING EXTENSION OF TIME

Chapter 7 Trustee's motion requesting extension of time until March 26, 2021 to request the revocation of the Debtor's discharge under 11 U.S.C.§727(d) and (e) (docket entry #158) is hereby granted.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this 21 day of January, 2021.

Edward A. Godoy
United States Bankruptcy Judge